# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>STACY EDWARD WADE; EDITH REDDEN; and, LARRY REDDEN,<br><br>    Defendants. | CIVIL ACTION NO. 3:12-cv-00037-JFA<br><br>**ORDER** |

This matter comes before the Court, on a Consent Motion to Stay Deadlines by Plaintiff The Prudential Insurance Company of America ("Prudential"), Defendant Edith Redden, and Defendant Larry Redden, pending this Court's ruling on Plaintiff's Motion for Default Judgment and Summary Judgment.

This Court finds that a stay of the current Conference and Scheduling Order pending resolution of these motions is appropriate and promotes judicial economy.

    IT IS SO ORDERED.

July 19, 2012                                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge