**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>STACY EDWARD WADE, EDITH REDDEN, and LARRY REDDEN,<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:12-cv-00037-JFA<br><br>**ORDER GRANTING PRUDENTIAL'S MOTION FOR DEFAULT JUDGMENT, MOTION TO DEPOSIT, AND MOTION FOR SUMMARY JUDGMENT**<br><br>**ORDER GRANTING DEFENDANTS EDITH REDDEN AND LARRY REDDEN'S MOTION FOR SUMMARY JUDGMENT** |

　　　　The above entitled cause having come before the Court for hearing on March 22, 2013, upon motions filed by The Prudential Insurance Company of America ("Prudential") represented by Mary D. LaFave of Gaffney Lewis & Edwards and Defendants Edith Redden and Larry Redden ("Redden Defendants") represented by Paul Fata of Stuckey, Fata & Segars, for:

(1) Entry of Default Judgment under FRCP Rule 55(b) against Defendant Stacy Edward Wade pursuant to FRCP Rule 22 that his claims, if any, are combined with those parties who have appeared in this action;

(2) Entry of an Order directing Prudential to deposit life insurance proceeds in the amount of $122,000.00 (the "Death Benefit") which are payable as a result of the accidental death of Charnel Redden (the "Insured") on January 25, 2011, from Group Policy #G-50801-DE issued to Cellco Partners d/b/a Verizon Wireless ("Group Policy");

(3) Entry of an Order granting Prudential's Motion for Summary Judgment discharging Prudential from any and all liability with regard to the Group Policy upon deposit of the Death Benefit to the Clerk of the United States District Court; and

(4) The Redden Defendants seek an entry of an Order granting their Motion for Summary Judgment as the disbursement of the Death Benefit in their favor as co-equal contingent beneficiaries pursuant to S.C. Code Ann. §62-2-803.

**NOW THEREFORE,** it is on this 25th day of March, 2013 **ORDERED** that Prudential's Motion for Default Judgment against Defendant Stacy Edward Wade, Prudential's Motion to Deposit, and Prudential's Motion for Summary Judgment are, hereby **GRANTED**; and it is

**FURTHER ORDERED** that Edith Redden and Larry Redden's Motion for Summary Judgment is, hereby **GRANTED**; and it is

**FURTHER ORDERED** that within fourteen (14) days of the date of this Order, Prudential shall deposit with the Clerk of this Court the Death Benefit; to wit: $122,000.00, together with accrued claim interest, if any; and it is

**FURTHER ORDERED** that the Death Benefit as herein set forth be deposited by the Clerk into the Registry of this Court as soon as the business of this office allows, and the Clerk shall deposit these funds into an interest-bearing account; and it is

**FURTHER ORDERED** that the Death Benefit so invested shall be immediately and as soon as possible be disbursed to Edith Redden and Larry Redden co-equal beneficiaries **and mailed to the law offices of Stuckey, Fata & Segars, LLC at Post Office Drawer 568, Bishopville, South Carolina 29010;**

**FURTHER ORDERED** that upon the deposit of the Death Benefit with the Clerk of the Court, Summary Judgment is effectuated in favor of Prudential and Prudential and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators ("Prudential Released Parties") shall be, and hereby are, discharged from any and all liability to Edith Redden, Larry Redden, and Stacy Edward Wade relating to the Group Policy and/or the Death Benefit, and that Charnel Redden's heirs and assigns be, and hereby are, permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum, arising out of or in connection with Prudential and Prudential Released Parties relating to the Group Policy and/or the Death Benefit due thereunder; and it is

**FURTHER ORDERED** that all claims, rights, interests and actions that Edith Redden, Larry Redden, and Stacy Wade, might otherwise have held against Prudential and Prudential Released Parties with respect to the Group Policy and/or the Death Benefit are hereby released; and it is

**FURTHER ORDERED** that any and all claims against Prudential and Prudential Released Parties relative to the Group Policy and/or the Death Benefit be, and the same hereby are, dismissed with prejudice; and it is

    IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

March 25, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

3