IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| The Prudential Insurance Company of America, | ) ) ) | C/A: 3:12-37-JFA |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| Stacy Edward Wade; Edith Reddin; and Larry Reddin, | ) ) ) ) | |
| Defendants. _____ | ) ) | |

The attorney of record for Prudential Insurance Company of America as well as the attorney of record for the defendants Edith and Larry Reddin, are hereby requested to respond to the *pro se* motion (ECF No. 35) of defendant Stacy Edward Wade seeking relief from the court's order of March 25, 2013 (ECF No. 31). The parties' responses are due 14 days from the date of this order.

IT IS SO ORDERED.

February 18, 2014          Joseph F. Anderson, Jr.
Columbia, South Carolina   United States District Judge